ORIGINAL

# *UNITED STATES DISTRICT COURT*

## *NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

| | | |
|---|---|---|
| **EARTHLINK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **SUMMONS IN A CIVIL CASE** |
| **v.** | ) | |
| | ) | CASE NUMBER: 1:03-CV-2559 JOF |
| **JOHN DOES 1-25 (the "Alabama Spammers");** | ) | |
| **JOHN DOES 26-50 (the "Vancouver Spammers");** | ) | |
| **And JOHN DOES 51-100,** | ) | |
| | ) | |
| **Defendants.** | ) | |

TO: **ALBERT AHDOOT**
**22235 MacFarlane Drive**
**Woodland Hills, CA 91364**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LUTHER D. THOMAS**
CLERK

DATE

(BY) DEPUTY CLERK

5

ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

| | |
|---|---|
| **EARTHLINK, INC.,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,** <br><br> **Defendants.** | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: 1:03-CV-2559 JOF |

TO: **ALYXSANDRA SACHS**
**112 Catamaran St**
**Marina Del Rey, CA 90292-5769**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

| | | |
|---|---|---|
| **EARTHLINK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **SUMMONS IN A CIVIL CASE** |
| **v.** | ) | |
| | ) | CASE NUMBER: 1:03-CV-2559 JOF |
| **JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,** | ) | |
| | ) | |
| **Defendants.** | ) | |

TO: **NET GLOBAL MARKETING by and through its registered agent:**
**National Registered Agents, Inc.**
**1000 E. William St. #204**
**Carson City, NV 89701**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

| | | |
|---|---|---|
| **EARTHLINK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **SUMMONS IN A CIVIL CASE** |
| **v.** | ) | |
| | ) | CASE NUMBER: 1:03-CV-2559 JOF |
| **JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,** | ) | |
| | ) | |
| **Defendants.** | ) | |

TO: **ANDY POPE**
**23800 W. Ten Mile Road, Suite 200**
**Southfield, MI 48034**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone:** **(404) 815-9595**
**Fax:** **(404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

**EARTHLINK, INC.,**

**Plaintiff,**

**v.**

**JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,**

**Defendants.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:03-CV-2559 JOF

TO: **SCOTT MASLOWE**
**23800 W. Ten Mile Road, Suite 200**
**Southfield, MI 48034**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

[illegible] 2004
DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

| | | |
|---|---|---|
| **EARTHLINK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **SUMMONS IN A CIVIL CASE** |
| **v.** | ) | |
| | ) | CASE NUMBER: 1:03-CV-2559 JOF |
| **JOHN DOES 1-25 (the "Alabama Spammers");** | ) | |
| **JOHN DOES 26-50 (the "Vancouver Spammers");** | ) | |
| **And JOHN DOES 51-100,** | ) | |
| | ) | |
| ***Defendants.*** | ) | |

TO: **FRED LUSKY**
**23800 W. Ten Mile Road, Suite 200**
**Southfield, MI 48034**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III** — **Phone: (404) 815-9595**
**WELLBORN & BUTLER, LLC** — **Fax: (404) 815-9957**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

ORIGINAL



# *UNITED STATES DISTRICT COURT*

## *NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

**EARTHLINK, INC.,**

**Plaintiff,**

**v.**

**JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,**

**Defendants.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:03-CV-2559 JOF

TO: **DEBBIE CAWDREY**
**25 Bob Witt Road**
**Medina, TN 38355**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**
**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case

ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

| | | |
|---|---|---|
| **EARTHLINK, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,**<br><br>**Defendants.** | ) | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 1:03-CV-2559 JOF |

TO: **MICHAEL STARNES**
**6059 Spring Harvest Drive**
**Las Vegas, NV 89142-1290**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[illegible]
CLERK

[illegible]
DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case

ORIGINAL

# *UNITED STATES DISTRICT COURT*

## *NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

| | | |
|---|---|---|
| **EARTHLINK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **SUMMONS IN A CIVIL CASE** |
| **v.** | ) | |
| | ) | CASE NUMBER: 1:03-CV-2559 JOF |
| **JOHN DOES 1-25 (the "Alabama Spammers");** | ) | |
| **JOHN DOES 26-50 (the "Vancouver Spammers");** | ) | |
| **And JOHN DOES 51-100,** | ) | |
| | ) | |
| **Defendants.** | ) | |

TO: **NETBENDERS, LLC by and through its registered agent:**
**Frederic Lusky**
**23800 W. Ten Mile Road, Suite 200**
**Southfield, MI 48034**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

| | |
|---|---|
| **Paul F. Wellborn, III** | **Phone: (404) 815-9595** |
| **WELLBORN & BUTLER, LLC** | **Fax: (404) 815-9957** |
| **1372 Peachtree St., N.E., Suite 204** | |
| **Atlanta, GA 30309** | |

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

[signature]
(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

| | | |
|---|---|---|
| **EARTHLINK, INC.,** | ) | |
| **Plaintiff,** | ) | **SUMMONS IN A CIVIL CASE** |
| **v.** | ) | |
| **JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,** | ) | CASE NUMBER: 1:03-CV-2559 JOF |
| **Defendants.** | ) | |

TO: **ISN, LLC by and through its registered agent:**
**Scott Maslowe**
**23800 W. Ten Mile Road, Suite 200**
**Southfield, MI 48034**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case ORIGINAL

# *UNITED STATES DISTRICT COURT*

## *NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

| | | |
|---|---|---|
| **EARTHLINK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **SUMMONS IN A CIVIL CASE** |
| **v.** | ) | |
| | ) | CASE NUMBER: 1:03-CV-2559 JOF |
| **JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,** | ) | |
| | ) | |
| **Defendants.** | ) | |

TO: **MARC MILLINE d/b/a EMARKETING SOLUTIONS**
**14563 Global Circle #6204**
**Orlando, FL 32821**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

| | |
|---|---|
| **Paul F. Wellborn, III** | **Phone:** (404) 815-9595 |
| **WELLBORN & BUTLER, LLC** | **Fax:** (404) 815-9957 |
| **1372 Peachtree St., N.E., Suite 204** | |
| **Atlanta, GA 30309** | |

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[illegible] — CLERK

FEB 17 2004 — DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case

ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

| | | |
|---|---|---|
| **EARTHLINK, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,**<br><br>**Defendants.** | ) | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 1:03-CV-2559 JOF |

TO: **DAMON DECRESCENZO**
**1000 West Avenue**
**Miami Beach, FL 33139-4759**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[illegible] THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case ORIGINAL

# *UNITED STATES DISTRICT COURT*

## *NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

| | |
|---|---|
| **EARTHLINK, INC.,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,**<br><br>**Defendants.** | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 1:03-CV-2559 JOF |

TO: **DAVID BURSTYN**
**44 W Flagler St**
**Miami, FL 33130-1808**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:


**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
***Atlanta*, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**


An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

| | | |
|---|---|---|
| **EARTHLINK, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,**<br><br>**Defendants.** | ) | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 1:03-CV-2559 JOF |

TO: Pathing Networks
**PBMS, LLC by and through its registered agent:**
**Pat Galvin**
**1802 N. Carson St., Suite 212**
**Carson City, NV 89701**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone:** **(404) 815-9595**
**Fax:** **(404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[illegible] D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case ORIGINAL

# *UNITED STATES DISTRICT COURT*

## *NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

| | | |
|---|---|---|
| **EARTHLINK, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **SUMMONS IN A CIVIL CASE** |
| **v.** | ) | |
| | ) | CASE NUMBER: 1:03-CV-2559 JOF |
| **JOHN DOES 1-25 (the "Alabama Spammers");** | ) | |
| **JOHN DOES 26-50 (the "Vancouver Spammers");** | ) | |
| **And JOHN DOES 51-100,** | ) | |
| | ) | |
| **Defendants.** | ) | |

TO: **HERBAL GROUPS, INC. by and through its registered agent:**
**Patrick S. Galvin**
**23264 Cuestport Drive**
**Valencia, CA 91354**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

| | |
|---|---|
| **Paul F. Wellborn, III** | **Phone: (404) 815-9595** |
| **WELLBORN & BUTLER, LLC** | **Fax: (404) 815-9957** |
| **1372 Peachtree St., N.E., Suite 204** | |
| **Atlanta, GA 30309** | |

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[illegible] — CLERK

[illegible] — DATE

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case ORIGINAL

# *UNITED STATES DISTRICT COURT*

## *NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

| | | |
|---|---|---|
| **EARTHLINK, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,**<br><br>**Defendants.** | ) | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 1:03-CV-2559 JOF |

TO: **PAT GALVIN**
**23264 Cuestport Drive**
**Valencia, CA 91354**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 88 (11/91) Summons in a Civil Case

# *UNITED STATES DISTRICT COURT*

## *NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

| | | |
|---|---|---|
| **EARTHLINK, INC.,** <br> **Plaintiff,** <br> **v.** <br> **JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,** <br> **Defendants.** | ) | **SUMMONS IN A CIVIL CASE** <br> CASE NUMBER: 1:03-CV-2559 JOF |

TO: **STEVE GOODWIN**
**3707 N. 57th St.**
**Des Moines, IA 50310-1230**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone:** **(404) 815-9595**
**Fax:** **(404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE FEB 17 2004

(BY) DEPUTY CLERK

AO 88 (11/91) Summons in a Civil Case ORIGINAL

# *UNITED STATES DISTRICT COURT*

## *NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

| | | |
|---|---|---|
| **EARTHLINK, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100,**<br><br>**Defendants.** | ) | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 1:03-CV-2559 JOF |

TO: **DEREK GOODWIN**
**1501 West 17th St.**
**North Platte, NE 69101-2212**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III** **Phone: (404) 815-9595**
**WELLBORN & BUTLER, LLC** **Fax: (404) 815-9957**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[illegible]
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK