ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR - 5 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EARTHLINK, INC.

Plaintiff,

v.

CASE NO. 1 03 CV 2559 WBH

ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; MICHAEL STARNES; NETBENDERS, LLC; ISN, LLC; MARC MILLINE a/k/a MARK VALENTINO a/k/a EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50 (THE "ALABAMA SPAMMERS"); STEVE GOODWIN; AND DEREK GOODWIN,

Defendants.

**EARTHLINK'S MOTION FOR LEAVE TO CONDUCT JURISDICTION-RELATED DISCOVERY AND LEAVE TO FILE A SECOND AMENDED COMPLAINT AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF**

**FACTS**

This case involves the illegal trespass upon and use of EarthLink's Georgia computer network by the defendants to send illegal unsolicited commercial e-mails ("spam"). *(See generally EarthLink's First Amended Complaint).* With the exception of two remaining defendants (Steve and Derek Goodwin) and a group of

9

dismissed John Does (the "Vancouver Spammers," whom EarthLink is now pursuing in Canada), all defendants named by Earthlink are involved in some manner in a massive spam-related criminal enterprise dubbed by EarthLink as the "Alabama Spammers." *(See "Facts" section of EarthLink's contemporaneously-filed response brief).* Defendants Pat Galvin, Herbal Groups, Inc., and PBMS, LLC (the "Herbal Defendants") have moved this Court to dismiss Earthlink's claims against them for, among other reasons, this Court's alleged lack of personal jurisdiction over them. *(See generally Motion To Dismiss).* As is explained below, EarthLink is entitled as a matter of right to conduct thorough and sifting jurisdiction-related discovery and, if necessary, to file a Second Amended Complaint.

## ARGUMENT

### I. EARTHLINK IS ENTITLED AS A MATTER OF RIGHT TO CONDUCT JURISDICTION-RELATED DISCOVERY.

Notably absent from the misleading, self-serving declarations offered by the Herbal Defendants in support of their Motion To Dismiss are any representations regarding their truly relevant contacts with the State of Georgia. *(See Motion To Dismiss, unnumbered exhibit).* Nowhere do the Herbal Defendants touch upon their massive e-commerce empire, the vast network of web sites through which they do business, the quality and

quantity of their sales to Georgia residents, the quality and quantity of their Georgia sales force, or any other meaningful Georgia contacts. *(Id.)*. Prior to this Court's ruling on the Herbal Defendants' motion, EarthLink is entitled as a matter of right to conduct jurisdiction-related discovery. This Court "must give [EarthLink] an opportunity for discovery and for a hearing that is appropriate to the nature of the [Herbal Defendants'] motion to dismiss." Williamson v. Tucker, 645 F.2d 404, 414 (5th Cir.), *cert. denied*, 454 U.S. 897, 102 S.Ct. 396, 70 L.Ed. 2d 212 (1981) (emphasis added); see also Eaton v. Dorchester Dev. Inc. , 692 F.2d 727, 729-31 (11th Cir. 1982) ("a court does not have discretion to grant or deny a request for jurisdictional discovery [when jurisdictional facts are in dispute]") (emphasis added, bracketed language in original); Blanco v. Carigulf Lines, 632 F.2d 656 (5th Cir. 1980) (to same effect).

## II. EARTHLINK IS ENTITLED AS A MATTER OF RIGHT TO FILE A SECOND AMENDED COMPLAINT.

In ruling upon the Herbal Defendants' motion to dismiss and thus upon the sufficiency of EarthLink's jurisdictional and substantive allegations, this Court's review is not confined to the four corners of EarthLink's Complaint. Instead, the Court must also consider the explanation, allegations, and evidence

subsequently submitted by Earthlink, including that provided in relation to its response to the Herbal Defendants Motion To Dismiss. See U.S. ex rel. Clausen v. Laboratory Corp. of America, Inc., 290 F.3d 1301, 1310 at FN 18 (11th Cir. 2002) (citing with approval cases in which the Court of Appeals has "found challenged complaints - read together with other documents in the record - to be sufficient) (emphasis added). Accordingly, to the extent that EarthLink's post-Complaint submissions rebut or cure any alleged deficiency in EarthLink's Complaint, no formal amendment to the Complaint is necessary.

If, however, this Court somehow determines that it should ultimately limit its review of EarthLink's claims to the Complaint only, EarthLink must be given leave to amend after it completes its motion-related discovery. See FRCP 15(a) (leave to amend should be "freely given"); McKinley v. Kaplan, 177 F.3d 1253 (11th Cir. 1999) (stating that leave to amend should be routinely granted in the absence of undue delay, bad faith, dilatory motive, or undue prejudice); Friedlander v. Nims, 755 F.2d 810 (11th Cir. 1985) (explaining that the district court should give plaintiff an opportunity to amend his complaint rather than dismiss it when it appears that a more carefully drafted complaint might state a claim upon which relief could be granted); Borden, Inc. v. Florida East Coast Ry. Co., 772 F.2d

750 (11th Cir. 1985); Scott v. Crescent Tool Co., 306 F.Supp. 884 (N.D. Ga. 1969); Loggerhead Turtle v. County Council of Volusia County, Fla., 148 F.3d 1231 (11th Cir. 1998); Jameson v. Arrow Co., 75 F.3d 1528 (11th Cir. 1996); Forbus v. Sears Roebuck & Co., 30 F.3d 1402 (11th Cir. 1994) (all to same effect).

## CONCLUSION

EarthLink respectfully requests that its Motion For Leave To Conduct Jurisdiction-Related Discovery And Leave To File A Second Amended Complaint be granted.

This 5th day of April, 2004.

Respectfully submitted,

**THE WELLBORN FIRM, LLC**

Paul F. Wellborn, III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309
Phone: (404) 815-9595
Fax: (404) 815-9957

Attorneys for EarthLink, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EARTHLINK, INC.

Plaintiff,

v.

CASE NO. 1 03 CV 2559 WBH

ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; MICHAEL STARNES; NETBENDERS, LLC; ISN, LLC; MARC MILLINE A/K/A MARK VALENTINO A/K/A EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50 (THE "ALABAMA SPAMMERS"); STEVE GOODWIN; AND DEREK GOODWIN,

Defendants.

**RULE 7.1 CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

This certifies that the foregoing brief was prepared using 12 point Courier New and complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

This 5th day of April, 2004.

**THE WELLBORN FIRM, LLC**

Paul F. Wellborn, III
Georgia Bar No. 746720

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309
Phone: (404) 815-9595
Fax: (404) 815-9957

Attorney for EarthLink, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; MICHAEL STARNES; NETBENDERS, LLC; ISN, LLC; MARC MILLINE A/K/A MARK VALENTINO A/K/A EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50 (THE "ALABAMA SPAMMERS"); STEVE GOODWIN; AND DEREK GOODWIN,<br><br>Defendants. | CASE NO. 1 03 CV 2559 WBH |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing Motion For Leave To Take Jurisdiction-Related Discovery And Leave To File A Second Amended Complaint And Memorandum Of Fact And Law In Support Thereof upon the below-identified by either U.S. first class mail addressed as follows or by hand (as indicated):

| | |
|---|---|
| George C. Creal, Jr. PC<br>720 Main Street<br>Forest Park, GA 30297 | Andy Pope<br>25 Bob Witt Rd.<br>Medina, TN 38355 |

Paul Sigelman
433 N. Camden Drive
Suite 970
Beverly Hills, CA 90210

Walter Pizszatowski
Hertz, Schram & Saretsky
1760 South Telegraph,
Suite 300
Bloomfield Hills, MI 48302

Charles L. Neustein, P.A.
960 Arthur Godfrey Road,
Suite 401
Miami Beach, FL 33140

This 5th day of April, 2004.

**THE WELLBORN FIRM, LLC**

Paul F. Wellborn, III
Georgia Bar No. 746720

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309
Phone: (404) 815-9595
Fax: (404) 815-9957

Attorney for EarthLink, Inc.