ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY - 4 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EARTHLINK, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; NETBENDERS, LLC; ISN, LLC; MARC MILLINE a/k/a MARK VALENTINO a/k/a EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50 (THE "ALABAMA SPAMMERS"); STEVE GOODWIN; AND DEREK GOODWIN,<br><br>Defendants. | ) | CASE NO. 1 03 CV 2559 JOF |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT OF DEFENDANT DAMON DECRESCENSZO**

Plaintiff EarthLink, Inc. ("EarthLink") hereby shows that defendant Damon DeCrescenzo ("DeCrescenzo") has not filed an initial responsive pleading and is in default. EarthLink requests that the Clerk enter this default.

**Summary of Pertinent Dates/Default**

| | | | |
|---|---|---|---|
| (a) | Complaint Served: | February 28, 2004 | (Exhibit A) |
| (b) | Answer Due: | March 19, 2004 | (Rule 12) |
| (c) | EarthLink agrees not to seek default **if** responsive pleading filed by: | April 30, 2004 | (Exhibit D) |

14

(d) No Responsive Pleading Has Been Filed

**Explanation Of Default And Exhibits**

DeCrescenzo was served with process on February 28, 2004. *(Exhibit A, Proof of Service)*. DeCrescenzo's initial responsive pleading was accordingly due to be filed on or before March 19, 2004. See F.R.C.P. 12(a)(1). Because the parties were thereafter engaged in settlement discussions, EarthLink's below-signed counsel Paul F. Wellborn III ("Wellborn") agreed during a March 2004 telephone conference with DeCrescenzo's lead attorney Charles L. Neustein ("Neustein") that, as a courtesy to DeCrescenzo and to allow additional time for settlement talks, EarthLink would not seek default-related sanctions, provided DeCrescenzo's initial responsive pleading was filed on or before April 8, 2004. *(Exhibit B, Declaration of Paul F. Wellborn III)*. Wellborn was careful during that conversation to remind Neustein that, under the Federal Rules of Civil Procedure, neither EarthLink nor Wellborn had legal authority to extend the due date, and that EarthLink could instead only promise to forebear from seeking default-related sanctions during the agreed-upon period. *(Id.)*. Neustein confirmed the *de facto* extension in a letter dated March 19, 2004, a true and correct copy of which is attached at Exhibit C. During an April 7, 2004

telephone conference between Wellborn and Neustein, settlement negotiations broke down. *(Exhibit B, Wellborn Declaration)*. Through its counsel, EarthLink thereafter agreed, as a final courtesy to DeCrescenzo, to again forebear from seeking default-related sanctions **provided DeCrescenzo's initial responsive pleading was filed on or before April 30, 2004**. *(Id.)*. EarthLink's counsel again reminded Neustein that, under the Federal Rules of Civil Procedure, neither EarthLink nor its counsel had legal authority to extend the due date, and that EarthLink could instead only promise to forebear from seeking default-related sanctions during the agreed-to period. *(Id.)*. Neustein confirmed this *de facto* extension in a letter dated April 15, 2004, a true and correct copy of which is attached at Exhibit D.

Although DeCrescenzo's local counsel has appeared (Thomas L. McDaniel of Ford & Harrison, LLP) and although a motion was filed for the *Pro Hac Vice* admission of Neustein, **DeCrescenzo did not file an initial responsive pleading on or before April 30, 2004.** Accordingly, EarthLink respectfully requests that the Clerk of Court enter the default of DeCrescenzo. After the entry of said default, EarthLink will file it motion for default judgment as required by Federal Rule 55.

This 3rd day of May, 2004.

**THE WELLBORN FIRM, LLC**

Paul F. Wellborn, III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309
Phone: (404) 815-9595
Fax: (404) 815-9957
E-mail: pete@wellbornlaw.com

Attorneys for EarthLink, Inc.

# EXHIBIT / ATTACHMENT

A

(To be scanned in place of tab)

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Georgia

Case Number: 1:03-CV-2559 JOF

Plaintiff:
**EARTHLINK, INC.,**

vs.

Defendant:
**JOHN DOES 1-25 (the "Alabama Spammers"), et al.,**

For:
Paul F. Wellborn, III
THE WELLBORN FIRM, LLC
1372 Peachtree Street, N.E.
Suite 204
Atlanta, GA 30309-3226

*Received by Bique International on the 25th day of February, 2004* at 1:04 pm to be served on **DAMON DECRESCENZO 1000 WEST AVENUE MIAMI BEACH, FL 33139-4759.**

I, Robert Taylor, being duly sworn, depose and say that on the **28th day of February, 2004 at 8:52 am, I:**

SUBSTITUTE SERVICE (PLACE OF ABODE): Served a true copy of this **Summons in a Civil Case; First Amended Complaint; Original Complaint; Plaintiff Earthlink's Mandatory Disclosures; August 29, 2003 Order Recusing Judge Tidwell; Instructions Regarding Pretrial Proceedings and Consent to the Exercise of Jurisdiction by a United States Magistrate Judge.** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: JESSICA DECRESCENZO, WIFE and informing said person of the contents thereof, pursuant to F.S. 48.031(1).

**Additional Information pertaining to this Service:**
The defendant does not reside at the above address; located and served at 5900 Collins Avenue, Unit 1508, Miami Beach, FL

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2nd day of March, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

**Robert Taylor**
Cps #353

**Bique International**
**17100 N.E. 19th Avenue**
**Suite 107**
**North Miami Beach, FL 33162**
**(305) 949-4950**
Our Job Serial Number: 2004000592

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5 5f

A.1

AO 88 (11/91) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

*NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

COPY

| | |
|---|---|
| EARTHLINK, INC., Plaintiff, v. JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100, Defendants. | **SUMMONS IN A CIVIL CASE** CASE NUMBER: 1:03-CV-2559 JOF |

TO: **DAMON DECRESCENZO**
**1000 West Avenue**
**Miami Beach, FL 33139-4759**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

A.2

# EXHIBIT / ATTACHMENT

B

(To be scanned in place of tab)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; NETBENDERS, LLC; ISN, LLC; MARC MILLINE a/k/a MARK VALENTINO a/k/a EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50 (THE "ALABAMA SPAMMERS"); STEVE GOODWIN; AND DEREK GOODWIN,<br><br>Defendants. | CASE NO. 1 03 CV 2559 JOF |

**DECLARATION OF PAUL F. WELLBORN III**

1.

My name is Paul F. Wellborn III. I am competent in all respects to testify regarding the matters set forth herein. I am outside counsel in the above-styled matter for EarthLink, Inc. I have personal knowledge of the facts stated herein and know them to be true.

2.

Because the parties were thereafter engaged in settlement discussions after the February 28, 2004 service of process upon

Damon DeCrescenzo, I agreed during a March 2004 telephone conference with DeCrescenzo's lead attorney Charles L. Neustein ("Neustein") that, as a courtesy, EarthLink would not seek default-related sanctions, provided DeCrescenzo's initial responsive pleading was filed on or before April 8, 2004. I was careful during that conversation to remind Neustein that, under the Federal Rules of Civil Procedure, neither EarthLink nor I had legal authority to extend the due date, and that EarthLink could instead only promise to forebear from seeking default-related sanctions during the agreed-upon period.

3.

Neustein confirmed the *de facto* extension in a letter dated March 19, 2004, a true and correct copy of which is attached to EarthLink's Request For Entry Of Default at Exhibit C.

4.

During an April 7, 2004 telephone conference between Neustein and me, settlement negotiations broke down. Through Kelly Wallace, an attorney in my firm, EarthLink thereafter agreed, as a final courtesy to DeCrescenzo, to again forebear from seeking default-related sanctions **provided DeCrescenzo's initial responsive pleading was filed on or before April 30, 2004**. *(Id.)*. Wallace again reminded Neustein that, under the Federal Rules of Civil Procedure, neither EarthLink nor its

counsel had legal authority to extend the due date, and that EarthLink could instead only promise to forebear from seeking default-related sanctions during the agreed-to period.

5.

Neustein confirmed this *de facto* extension in a letter dated April 15, 2004, a true and correct copy of which is attached at Exhibit D to EarthLink's Request For Entry Of Default.

6.

Although DeCrescenzo's local counsel has appeared (Thomas L. McDaniel of Ford & Harrison, LLP) and although a motion was filed for the *Pro Hac Vice* admission of Neustein, **DeCrescenzo did not file an initial responsive pleading on or before April 30, 2004**.

7.

I swear under penalty of perjury that the testimony set forth in this declaration is true and correct.

This 3rd day of May, 2004.

Paul F. Wellborn, III
Georgia Bar No. 746720

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309
Phone: (404) 815-9595
Fax: (404) 815-9957
E-mail: pete@wellbornlaw.com

# EXHIBIT / ATTACHMENT

C

(To be scanned in place of tab)

**CHARLES L. NEUSTEIN, P.A.**
ATTORNEYS AND COUNSELORS AT LAW
960 ARTHUR GODFREY ROAD
SUITE 401
MIAMI BEACH, FLORIDA 33140

CHARLES L. NEUSTEIN

DADE (305) 531-2545
TELECOPIER (305) 531-2365

March 19, 2004

**VIA: FAX (404) 815-9957 AND MAIL**

Paul F. Wellborn, III
1372 Peachtree Street, N.E.
Suite 204
Atlanta, GA 30309

Re: Earthlink, Inc. v. Damon DeCrescenzo, et al.
Case No.: 1:03-CV-2559 JOF

Dear Pete:

This shall serve to confirm that our office has been retained to represent Damon DeCrescenzo with regards to the above matter.

This shall further confirm that you have given me a 20 day extension of time within which to file a response to the First Amended Complaint. I have already instructed my client to provide me with a financial statement and upon receipt, I will fax same to you.

Thank you for your courtesy as to the above.

Very truly yours,

CHARLES L. NEUSTEIN

CLN/sc
Cc: Clerk of the Court
1Ltr2Wellborn

C.1

# EXHIBIT / ATTACHMENT

D

(To be scanned in place of tab)

CHARLES L. NEUSTEIN, P.A.
ATTORNEYS AND COUNSELORS AT LAW
960 ARTHUR GODFREY ROAD
SUITE 401
MIAMI BEACH, FLORIDA 33140

CHARLES L. NEUSTEIN

DADE (305) 531-2545
TELECOPIER (305) 531-2365

April 15, 2004

**VIA: FAX (404) 815-9957 AND MAIL**

Paul F. Wellborn, III
1372 Peachtree Street, N.E.
Suite 204
Atlanta, GA 30309

Re: Earthlink, Inc. v. Damon DeCrescenzo, et al.
Case No.: 1:03-CV-2559 JOF

Dear Mr. Wellborn:

This will confirm my agreement with Kelly whereby you have agreed to extend my time to file a response to the above-referenced Complaint until April 30, 2004.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

CHARLES L. NEUSTEIN

CLN/sc
Cc: Clerk of the Court
2Ltr2Wellborn

D.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1 03 CV 2559 JOF |
| | ) |
| ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; NETBENDERS, LLC; ISN, LLC; MARC MILLINE a/k/a MARK VALENTINO a/k/a EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50 (THE "ALABAMA SPAMMERS"); STEVE GOODWIN; AND DEREK GOODWIN, | ) |
| | ) |
| Defendants. | ) |

**RULE 7.1 CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

This is to certify that the foregoing Request For Clerk's Entry Of Default was prepared using 12 point Courier New font and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

Respectfully submitted,

**THE WELLBORN FIRM, LLC**

Paul F. Wellborn, III
Georgia Bar No. 746720

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309

Phone: (404) 815-9595
Fax: (404) 815-9957
E-mail: pete@wellbornlaw.com

Attorneys for EarthLink, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; NETBENDERS, LLC; ISN, LLC; MARC MILLINE a/k/a MARK VALENTINO a/k/a EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50 (THE "ALABAMA SPAMMERS"); STEVE GOODWIN; AND DEREK GOODWIN,<br><br>Defendants. | CASE NO. 1 03 CV 2559 JOF |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing Request For Clerk's Entry Of Default upon the below-identified party by U.S. first class mail with sufficient postage affixed thereto addressed as follows:

George C. Creal, Jr. PC
720 Main Street
Forest Park, GA 30297

Paul Sigelman
433 N. Camden Drive
Suite 970
Beverly Hills, CA 90210

Charles L. Neustein, P.A.
960 Arthur Godfrey Road,
Suite 401
Miami Beach, FL 33140

Thomas L. McDaniel
Ford & Harrison, LLP
1275 Peachtree St. NE, Ste. 600
Atlanta, GA 30309

Walter Pizszatowski
Hertz, Schram & Saretsky
1760 South Telegraph,
Suite 300
Bloomfield Hills, MI 48302

Andy Pope
25 Bob Witt Rd.
Medina, TN 38355

Gary Jay Kaufman
1925 Century Park East, Suite 2350
Los Angeles, California 90067

This 4th day of May, 2003.

**THE WELLBORN FIRM, LLC**

Paul F. Wellborn, III
Georgia Bar No. 746720

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309
Phone: (404) 815-9595
Fax: (404) 815-9957

Attorney for EarthLink, Inc.