ORIGINAL
FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUN 2 7 2004
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EARTHLINK, INC.,

Plaintiff,

v.

CASE NO. 1 03 CV 2559 JOF

ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; NETBENDERS, LLC; ISN, LLC; MARC MILLINE a/k/a MARK VALENTINO a/k/a EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50; STEVE GOODWIN; AND DEREK GOODWIN,

Defendants.

**EARTHLINK'S NOTICE OF SETTLEMENT WITH DEFENDANTS DAMON DECRESCENZO AND DAVID BURSTYN AND PROOF OF SERVICE OF PROCESS UPON DEFENDANTS ANDY POPE, FRED LUSKY, NETBENDERS, LLC, AND ISN, LLC**

Plaintiff EarthLink, Inc. ("EarthLink" or "Plaintiff") hereby gives notice that it has resolved its claims against Defendants Damon DeCrescenzo ("DeCrescenzo") and David Burstyn ("Burstyn") and that, as soon as reasonably possible, EarthLink, DeCrescenzo, and Burstyn will file corresponding documents with this Court, including: (1) a consent permanent injunction regulating the future conduct of those defendants, and (2) an agreement memorializing the payment to be made by DeCrescenzo and

39

Burstyn, their respective promises to cooperate with EarthLink in its ongoing efforts against spam, and the other terms to which DeCrescenzo and Burstyn have agreed. EarthLink shows that this resolution renders moot DeCrescenzo's motion to dismiss, EarthLink's motion to strike DeCrescenzo's motion, and the other pleadings and motions herein specific to DeCrescenzo and Earthlink. A true and correct copy of the confirming letter from EarthLink's counsel to DeCrescenzo's and Burstyn's counsel, which memorialized the agreed-upon terms, is attached hereto at Exhibit A.

EarthLink also shows that Andy Pope ("Pope"), Fred Lusky ("Lusky"), Netbenders, LLC ("Netbenders"), and ISN, LLC ("ISN") (collectively, the "Netbenders Defendants") were all served substantially more than 20 days ago; that, at their request and to facilitate settlement talks, EarthLink agreed that it would not move for default-related relief without first providing notice to those defendants; and that EarthLink has given oral and written notice to each of the Netbenders Defendants (to Pope personally and to Lusky, Netbenders, and ISN through their Michigan attorney Walter Pizszatowski) that EarthLink intends to move for default-related relief against any of those defendants who fail to file an initial responsive pleading on or before July

8, 2004. Proofs of service for Pope, Lusky, Netbenders, and ISN are attached hereto respectively at Exhibits B, C, D, and E.

Respectfully submitted this 21st day of June, 2004.

**THE WELLBORN FIRM, LLC**

Paul F. Wellborn, III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309
Phone: (404) 815-9595
Fax: (404) 815-9957

Attorneys for EarthLink, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EARTHLINK, INC., Plaintiff, | ) | |
| v. | ) | CASE NO. 1 03 CV 2559 JOF |
| ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; NETBENDERS, LLC; ISN, LLC; MARC MILLINE a/k/a MARK VALENTINO a/k/a EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50; STEVE GOODWIN; AND DEREK GOODWIN, Defendants. | ) | |

**RULE 7.1 CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

This is to certify that the foregoing Notice was prepared using 12 point Courier New font and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

This 21st day of June, 2004.

**THE WELLBORN FIRM, LLC**

Paul F. Wellborn, III
Georgia Bar No. 746720

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309
Phone: (404) 815-9595
Fax: (404) 815-9957

Attorney for EarthLink, Inc.

THE WELLBORN FIRM, LLC

1372 Peachtree Street, N.E., Suite 204 • Atlanta, Georgia 30309-3226
Phone: (404) 815-9595 • Fax: (404) 815-9957 • www.wellbornlaw.com

June 17, 2004
*By Fax and U.S. Mail*

Charles L. Neustein
960 Arthur Godfrey Road
Suite 401
Miami Beach, FL 33140
Fax: (305) 531-2365

RE: Settlement for DeCrescenzo and Burstyn in *EarthLink v. DeCrescenzo et al.*, Case No. 1:03-CV-2559 JOF (N.D. Georgia).

Dear Chuck:

I am sorry that I missed your call this afternoon, but I am glad that we've been able to reach a mutually-agreeable resolution to this case for our clients. In addition to the monetary element, here is, in general terms, what the settlement will encompass:

* No admission of liability by DeCrescenzo and Burstyn;

* Dismissal with prejudice for DeCrescenzo and Burstyn;

* Consent to entry of permanent injunction which will prohibit DeCrescenzo and Burstyn from any future: (1) spamming, (2) spoofing, and (3) selling of e-mail lists;

* Contract of settlement in which DeCrescenzo and Burstyn agree to cooperate with EarthLink by providing documents, statements, et cetera regarding their operation of their affiliate program(s); and

* Release of all claims by EarthLink against DeCrescenzo and Burstyn.

We are very interested in moving forward with this as quickly as possible. I should have the settlement papers and consent orders prepared by next week. Please give me a call at your convenience to discuss timing.

Sincerely,

Kelly O. Wallace
(404) 815-7714

# EXHIBIT A

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION) COPY

| | | |
|---|---|---|
| EARTHLINK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-25 (the "Alabama Spammers");<br>JOHN DOES 26-50 (the "Vancouver Spammers");<br>And JOHN DOES 51-100,<br><br>Defendants. | ) | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER: 1:03-CV-2559 JOF |

TO: **ANDY POPE**
**23800 W. Ten Mile Road, Suite 200**
**Southfield, MI 48034**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

[signature]
(BY) DEPUTY CLERK

# EXHIBIT B (page 1)

## RETURN OF SERVICE

| Service of the Summons, Complaint, Mandatory Disclosures, and Civil Cover Sheet was made by me. LT. MIKE DENOTE | DATE 16 March 04 |
|---|---|
| NAME OF SERVER (PRINT NAME) Mike Denote | TITLE Lt. [illegible] |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 25 Bob [illegible] Rd, Medina, Tn 38355

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other *(specify)*: ________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 16 Mar 04
*DATE*

*SIGNATURE OF SERVER*
[signature]

*ADDRESS OF SERVER*
[illegible] N. College St.
Trenton, Tn. 38382

[signature]

# EXHIBIT B (page 2)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

**COPY**

EARTHLINK, INC.,

Plaintiff,

v.

JOHN DOES 1-25 (the "Alabama Spammers");
JOHN DOES 26-50 (the "Vancouver Spammers");
And JOHN DOES 51-100,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:03-CV-2559 JOF

TO: **FRED LUSKY**
**23800 W. Ten Mile Road, Suite 200**
**Southfield, MI 48034**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

# EXHIBIT C (page 1)

## RETURN OF SERVICE

| Service of the Summons, Complaint, Mandatory Disclosures, and Civil Cover Sheet was made by me. | DATE 22604 (2/26/04) |
|---|---|
| NAME OF SERVER (PRINT NAME) R LUTREN | TITLE Ct. officer |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 23800 10-Mi STLD, MI #200 FRED LUSKY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other *(specify)*: ________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2260y
DATE

SIGNATURE OF SERVER
ROBERT LUTREN INC.
31050 [illegible]
ADDRESS OF SERVER
[illegible] HILLS, MI 48331

# EXHIBIT C (page 2)

# *UNITED STATES DISTRICT COURT*

*NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)*

EARTHLINK, INC.,

Plaintiff,

v.

JOHN DOES 1-25 (the "Alabama Spammers");
JOHN DOES 26-50 (the "Vancouver Spammers");
And JOHN DOES 51-100,

Defendants.

COPY

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:03-CV-2559 JOF

TO: **NETBENDERS, LLC by and through its registered agent:**
**Frederic Lusky**
**23800 W. Ten Mile Road, Suite 200**
**Southfield, MI 48034**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

**EXHIBIT D (page 1)**

AO 440 (Rev. 10/93) Summons in a Civil Case

RETURN OF SERVICE

| Service of the Summons, Complaint, Mandatory Disclosures, and Civil Cover Sheet was made by me. | DATE 2.26.04 2/26/04 PJW |
|---|---|
| NAME OF SERVER (PRINT NAME) R. Lutter | TITLE Ct. officer |

Check one box below to indicate appropriate method of service

22800 10 Mi. SFLD, Mi #208

☑ Served personally upon the defendant. Place where served: NETBINDERS LLC By. E. Lusht

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2.26.04
*DATE*

*SIGNATURE OF SERVER*

*ADDRESS OF SERVER*

# EXHIBIT D (page 2)

AO 88 (11/91) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION) **COPY**

| | | |
|---|---|---|
| EARTHLINK, INC., Plaintiff, | ) | **SUMMONS IN A CIVIL CASE** |
| v. | ) | CASE NUMBER: 1:03-CV-2559 JOF |
| JOHN DOES 1-25 (the "Alabama Spammers"); JOHN DOES 26-50 (the "Vancouver Spammers"); And JOHN DOES 51-100, Defendants. | ) | |

TO: **ISN, LLC by and through its registered agent:**
**Scott Maslowe**
**23800 W. Ten Mile Road, Suite 200**
**Southfield, MI 48034**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

**Paul F. Wellborn, III**
**WELLBORN & BUTLER, LLC**
**1372 Peachtree St., N.E., Suite 204**
**Atlanta, GA 30309**

**Phone: (404) 815-9595**
**Fax: (404) 815-9957**

An answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

FEB 17 2004
DATE

(BY) DEPUTY CLERK

# EXHIBIT E (page 1)

## RETURN OF SERVICE

| Service of the Summons, Complaint, Mandatory Disclosures, and Civil Cover Sheet was made by me. | DATE 2/26/04 2-26-04 |
|---|---|
| NAME OF SERVER (PRINT NAME) R. L[illegible] | TITLE ct. offcr |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 23800 10 Mi. [illegible] Sfld, MI 1 SN. By G Lusky

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-26-04
*DATE*

[signature]
*SIGNATURE OF SERVER*

*ADDRESS OF SERVER*

# EXHIBIT E (page 2)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC., Plaintiff, | |
| v. | CASE NO. 1 03 CV 2559 JOF |
| ALBERT AHDOOT; ALYXSANDRA SACHS; NET GLOBAL MARKETING, INC.; ANDY POPE; SCOTT MASLOWE; FRED LUSKY; DEBBIE CAWDREY; NETBENDERS, LLC; ISN, LLC; MARC MILLINE a/k/a MARK VALENTINO a/k/a EMARKETING SOLUTIONS; DAMON DECRESCENZO; DAVID BURSTYN; PATHING NETWORKS, INC.; HERBAL GROUPS, INC.; PAT GALVIN; JOHN DOES 17-50; STEVE GOODWIN; AND DEREK GOODWIN, Defendants. | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing Notice upon the below-identified by first class U.S. mail with adequate postage affixed thereto addressed as follows:

George C. Creal, Jr. PC
720 Main Street
Forest Park, GA 30297

Paul Sigelman
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210

Charles L. Neustein, P.A.
960 Arthur Godfrey Road, Ste 401
Miami Beach, FL 33140

Walter Pizszatowski
Hertz, Schram & Saretsky
1760 South Telegraph, Ste 300
Bloomfield Hills, MI 48302

Andy Pope
25 Bob Witt Rd.
Medina, TN 38355

Thomas L. McDaniel
Ford & Harrison, LLP
1275 Peachtree St. NE, Ste. 600
Atlanta, GA 30309

Gary Jay Kaufman
1925 Century Park East, Ste. 2350
Los Angeles, California 90067

This 21st day of June, 2004.

**THE WELLBORN FIRM, LLC**

Paul F. Wellborn, III
Georgia Bar No. 746720

1372 Peachtree St., N.E., Suite 204
Atlanta, GA 30309
Phone: (404) 815-9595
Fax: (404) 815-9957

Attorney for EarthLink, Inc.