ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 2 0 2005

LUTHER D. THOMAS, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ALBERT AHDOOT; ALYXSANDRA SACHS; ) <br> NET GLOBAL MARKETING, INC.; ANDY ) <br> POPE; SCOTT MASLOWE; FRED LUSKY; ) <br> NETBENDERS, LLC; ISN, LLC; DAMON ) <br> DECRESCENZO; DAVID BURSTYN; ) <br> PATHING NETWORKS, INC.; HERBAL ) <br> GROUPS, INC.; PAT GALVIN; ) <br> JOHN DOES 17-50 (THE "ALABAMA ) <br> SPAMMERS"); STEVE GOODWIN; AND ) <br> DEREK GOODWIN, ) <br> ) <br> Defendants. ) | CASE NO. 1 03 CV 2559 JOF |

### NOTICE OF SETTLEMENT OF CLAIMS WITH DEFENDANTS DAMON DECRESCENZO AND DAVID BURSTYN AND MOTION FOR ENTRY OF CONSENT ORDER

Plaintiff EarthLink, Inc. ("EarthLink") files this Notice of Settlement of Claims ("Notice") and Motion for Entry of Consent Order ("Motion") showing this Court that it has reached settlement agreements with Defendants Damon DeCrescenzo ("DeCrescenzo") and David Burstyn ("Burstyn") and requesting that this Court enter the Proposed Consent Order accompanying this Motion. Once this Court has entered the Proposed Orders,

1

EarthLink will file a Motion to Dismiss and will ask this Court to release DeCrescenzo and Burstyn from this case.

Attached to this Notice and Motion at Exhibit A is a true and correct copy of the <u>Agreement Resolving Claims Against And Regarding Future Conduct Of Defendants DeCrescenzo And Burstyn</u> ("Agreement"). Defendant DeCrescenzo and Defendant Burstyn have consented to the entry of an "Order of Permanent Injunction" against them by this Court. (<u>See</u> section III.A of the Agreement). The proposed Order presented to the Court with this Motion at Exhibit B was included in the Agreement executed by DeCrescenzo and Burstyn, and appeared therein as an exhibit. Both defendants gave their express consent to the language of the Proposed Order and its entry by this Court.

WHEREFORE, EarthLink prays that this Court enter the proposed Order of Permanent Injunction.

Respectfully submitted this 18th day of January, 2005.

**WELLBORN & WALLACE, LLC**

_____
Paul F. Wellborn, III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166
Jamie P. Woodard
Georgia Bar No. 775792

# INDEX TO EXHIBITS

Exhibit A    Agreement Resolving Claims Against And Regarding Future Conduct of Defendants DeCrescenzo and David Burstyn

Exhibit B    Proposed Order of Permanent Injunction Against Defendants DeCrescenzo and Burstyn