```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

EARTHLINK, INC.,                        )
                                        )
    Plaintiff,                          )
                                        )
v.                                      ) CASE NO. 1 03 CV 2559 JOF
                                        )
                                        )
ALBERT AHDOOT; ALYXSANDRA SACHS;        )
NET GLOBAL MARKETING, INC.; ANDY        )
POPE; SCOTT MASLOWE; FRED LUSKY;        )
NETBENDERS, LLC; ISN, LLC; DAMON        )
DECRESCENZO; DAVID BURSTYN;             )
PATHING NETWORKS, INC.; HERBAL          )
GROUPS, INC.; PAT GALVIN; and JOHN      )
DOES 17-50 (THE "ALABAMA                )
SPAMMERS"),                             )
                                        )
    Defendants.                         )

### JOINT MOTION TO DISMISS
### DEFENDANTS DAMON DECRESCENZO AND DAVID BURSTYN

Plaintiff EarthLink, Inc. ("EarthLink") and Defendants Damon DeCrescenzo ("DeCrescenzo") and David Burstyn ("Burstyn") (collectively with EarthLink, "the Moving Parties") jointly move this Court to dismiss DeCrescenzo and Burstyn and terminate their involvement with this case. The Parties have entered into a settlement agreement that included this Court's entry of an Order of Permanent Injunction against DeCrescenzo and Burstyn.

Accordingly, the Parties hereby move that this Court dismiss DeCrescenzo and Burstyn with prejudice.

Respectfully submitted this 28th day of April, 2005.

**WELLBORN & WALLACE, LLC**

/s/ Kelly O. Wallace_____
Paul F. Wellborn, III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166
Jamie P. Woodard
Georgia Bar No. 775792
Attorneys for EarthLink, Inc.

1372 Peachtree Street, N.E. Suite 204
Atlanta, GA 30309
Ph:      (404) 815-9595
Fx:      (404) 815-9957
e-mail:  pete@wellbornlaw.com
         kelly@wellbornlaw.com
         jamie@wellbornlaw.com

**CHARLES L. NEUSTEIN**

/s/ Charles L. Neustein_____
Charles L. Neustein
Florida Bar No. XXX
Attorney for Damon DeCrescenzo and
David Burstyn

960 Arthur Godfrey Road
Suite 401
Miami Beach, FL 33140
Ph:      (305) 531-2545

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1 03 CV 2559 JOF |
| | ) |
| | ) |
| ALBERT AHDOOT; ALYXSANDRA SACHS; | ) |
| NET GLOBAL MARKETING, INC.; ANDY | ) |
| POPE; SCOTT MASLOWE; FRED LUSKY; | ) |
| NETBENDERS, LLC; ISN, LLC; DAMON | ) |
| DECRESCENZO; DAVID BURSTYN; | ) |
| PATHING NETWORKS, INC.; HERBAL | ) |
| GROUPS, INC.; PAT GALVIN; and JOHN | ) |
| DOES 17-50 (THE "ALABAMA | ) |
| SPAMMERS"), | ) |
| | ) |
| Defendants. | ) |

## **RULE 7.1 CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

This is to certify that the foregoing Joint Motion to Dismiss was prepared using 12 point Courier New and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

This 28th day of April, 2005.

**WELLBORN & WALLACE, LLC**

/s/ Kelly O. Wallace_____
Kelly O. Wallace
Georgia Bar No. 734166
Attorney for EarthLink, Inc.

```
1372 Peachtree Street, N.E. Suite 204
Atlanta, GA 30309
Ph:     (404) 815-9595
Fx:     (404) 815-9957
e-mail: kelly@wellbornlaw.com
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1 03 CV 2559 JOF |
| | ) |
| | ) |
| ALBERT AHDOOT; ALYXSANDRA SACHS; | ) |
| NET GLOBAL MARKETING, INC.; ANDY | ) |
| POPE; SCOTT MASLOWE; FRED LUSKY; | ) |
| NETBENDERS, LLC; ISN, LLC; DAMON | ) |
| DECRESCENZO; DAVID BURSTYN; | ) |
| PATHING NETWORKS, INC.; HERBAL | ) |
| GROUPS, INC.; PAT GALVIN; and JOHN | ) |
| DOES 17-50 (THE "ALABAMA | ) |
| SPAMMERS"), | ) |
| | ) |
| Defendants. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 28th, 2005, I electronically filed the foregoing Joint Motion to Dismiss with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

George C. Creal, Jr. PC
720 Main Street
Forest Park, GA 30297

Kelly Amanda Lee
Womble Carlyle Sandridge & Rice
1201 West Peachtree Street, N.E.
One Atlantic Center, Suite 3500
Atlanta, GA 30309

Thomas L. McDaniel
Ford & Harrison, LLP
1275 Peachtree St. NE, Ste. 600
Atlanta, GA 30309

Gary Jay Kaufman
1925 Century Park East, Suite 2350
Los Angeles, California 90067

Charles L. Neustein, P.A.
960 Arthur Godfrey Road,
Suite 401
Miami Beach, FL 33140

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Charles L. Neustein, P.A.<br>960 Arthur Godfrey Road,<br>Suite 401<br>Miami Beach, FL 33140 | Andy Pope<br>25 Bob Witt Rd.<br>Medina, TN 38355 |
| Paul Sigelman<br>433 N. Camden Drive<br>Suite 970<br>Beverly Hills, CA 90210 | Walter Piszczatowski<br>Hertz, Schram & Saretsky<br>1760 South Telegraph,<br>Suite 300<br>Bloomfield Hills, MI 48302 |

**WELLBORN & WALLACE, LLC**

/s/ Kelly O. Wallace_____
Kelly O. Wallace
Georgia Bar No. 734166
Attorney for EarthLink, Inc.

1372 Peachtree Street, N.E. Suite 204
Atlanta, GA 30309
Ph:     (404) 815-9595
Fx:     (404) 815-9957
e-mail: kelly@wellbornlaw.com