Case 1:03-cv-02559-JOF Document 179-9 Filed 01/31/2007 Page 2 of 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EARTHLINK, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1 03 CV 2559 JOF |
| | ) | |
| ANDY POPE; SCOTT MASLOWE; FRED LUSKY; NETBENDERS, LLC; ISN, LLC; and JOHN DOES 17-50 (THE "ALABAMA SPAMMERS"); | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT JUDGMENT**

WHEREAS the Court finds, on the basis of Defendants Andy Pope, Scott Maslowe, Fred Lusky, Netbenders, LLC, and ISN, LLC's consent to this consent judgment;

IT IS HEREBY ORDERED that judgment be entered, jointly and severally, against Defendants Andy Pope, Scott Maslowe, Fred Lusky, Netbenders, LLC, and ISN, LLC in the amount of thirteen million dollars ($13,000,000.00).

IT IS SO ORDERED THIS 14 day of March, 2006.

Judge J. Owen Forrester
United States District Court for the
Northern District of Georgia,
Atlanta Division.

Prepared and presented by:

WELLBORN & WALLACE, LLC

Paul F. Wellborn, III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166
Jamie P. Woodard
Georgia Bar No. 775792
Attorneys for Plaintiff EarthLink, Inc.

Consented to by:

FRED LUSKY:

Fred Lusky

Date

SCOTT MASLOWE:

Scott Maslowe

Date

FOR ISN, LLC:

(Signature)

(Print Name)

(Title)

Date

FOR NETBENDERS, LLC:

(Signature)

(Print Name)

(Title)

Date

WOMBLE CARLYLE SANDRIDGE & RICE

Kelly Amanda Lee
Counsel for Fred Lusky, Scott Maslowe, ISN, LLC, and Netbenders, LLC

Date

HERTZ SCHRAM & SARETSKY

Walter J. Piszczatowski
Counsel for Fred Lusky, Scott Maslowe, ISN, LLC, and Netbenders, LLC

Date

*****

ANDY POPE:

____________________________________
Andy Pope, *pro se*

____________________________________
Date