UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK, INC.<br><br>Plaintiff,<br><br>v.<br><br>ANDY POPE; SCOTT MASLOWE; FRED LUSKY; NETBENDERS, LLC; ISN, LLC; and JOHN DOES 17-50 (THE "ALABAMA SPAMMERS");<br><br>Defendants. | CASE NO. 1 03 CV 2559 JOF |

**CONSENT ORDER OF PERMANENT INJUNCTION**

WHEREAS the Court finds, on the basis of Defendant Andy Pope's consent to this injunction;

IT IS HEREBY ORDERED that Defendant shall be and is hereby permanently enjoined under penalty of Criminal and Civil Contempt from engaging in "Prohibited Conduct" as that term is defined below.

**SCOPE OF PROHIBITED CONDUCT AND OTHER DEFINITIONS**

1. **"EarthLink"** refers to EarthLink, Inc. and its agents, officers, contractors, directors, shareholders, employees, subsidiary companies or entities, affiliated or related companies and entities, assignees, and successors-in-interest.

2. **"Defendant"** refers to Andy Pope.

3. **"Defendant-Related Company"** refers to any person, corporation, or other legal entity (past, present, or future) in relation to whom/which any Defendant is, officer, director, owner, or majority or governing shareholder.

4. **"EarthLink e-mail address"** refers to any and all e-mail addresses that include any "EarthLink Domain" as listed in the EarthLink Commercial E-mail Policy as of the date of the parties' execution of this Consent Order, a copy of which appears at Exhibit 1 and is incorporated into this Order by Reference. These include all e-mail addresses associated with a domain name composed in whole or in part by "earthlink" or "mindspring".

5. **"Internet e-mail address"** refers to any and all e-mail addresses on the Internet, including those maintained by, registered with, or maintained at or with facilities, resources, or equipment owned or operated by or on behalf of any Internet Services Provider ("ISP"). As used herein, the term "ISP" shall include all entities within the scope of "interactive computer service" ("ICS") as that term is defined in 47 U.S.C. §230(e)(2) and includes but is not limited to providers and sellers of Internet-related e-mail services.

6. **"E-mail," "electronic message,"** shall include, but not be limited to, e-mails and other such messages (including

"Instant Messages" and the like) effected by use of, or with the assistance of, or via access to the resources, equipment, and/or computer system of any ISP.

7. **"EarthLink subscriber"** refers to any Internet user with an EarthLink e-mail address.

8. **"Internet subscriber"** refers to any Internet user with an Internet e-mail address.

9. **"Prohibited Conduct"** shall mean any and/or all of:

**A. Violations of the CAN-SPAM Act.** Sending any e-mail messages of any sort that violate any provision or term of the CAN-SPAM Act, 15 U.S.C.A. § 7701 *et seq.*, to any Internet subscriber or Internet e-mail address.

**B. Violations of EarthLink's Commercial E-mail Policy.** Sending any e-mail messages of any sort, to any EarthLink subscriber, that violate EarthLink's Commercial E-mail Policy ("CEP") which is in effect as of the date of the parties' execution of this Consent Order, attached hereto at Exhibit 1. At the time of Defendants' agreement to the entry of this Consent Permanent Injunction, the CEP is posted on the world-wide web at:

*http://www.earthlink.net/about/policies/commercial/*

**C. Spoofing and Co-Spoofing.** Causing, authorizing, participating in, or intentionally or recklessly assisting

or enabling others in the use of any false or misleading reference to:

(1) any ICS, ISP, or Internet subscriber;

(2) any Internet e-mail address, domain, or domain owner;

(3) the equipment of that ISP, ICS, Internet subscriber, or domain owner; and/or

(4) that ICS's, ISP's, or Internet subscriber's computer system or resources

in any electronic message or in a newsgroup posting. The conduct prohibited by this paragraph includes, but is not limited to, the insertion of false or misleading originating e-mail addresses, the insertion of false or misleading return or reply e-mail addresses, and/or the manual manipulation or falsification of any e-mail header.

**D. Cloaking, Co-Cloaking, and Relay.** Causing, authorizing, participating in, or intentionally or recklessly assisting or enabling others in the modification, disguise, elimination, or erasure of the identification of the originating address and/or header of or for any commercial or promotional e-mail sent to an EarthLink subscriber or to an Internet subscriber, or otherwise aiding or assisting in any way the attempts of

the sender of any commercial or promotional e-mail to an EarthLink or Internet subscriber to make impossible or more difficult the identification of the sender. Among the conduct expressly prohibited by this paragraph is any intentional use of "third-party relay" in relation to the sending of e-mail, as well as any access to or use of the computer resources of any ISP or Internet subscriber not related to or in privity of contract with the sender and/or the recipient, except with the express permission of one or more senders involved in the transmission of the relevant e-mail or electronic message.

**E. Software Distribution.** The sale, offer, or other distribution of any e-mail-related software the primary purpose of which is to permit the user to commit any of the acts described as "Prohibited Conduct" in paragraphs 9A, 9B, 9C, or 9D, above.

**F. Trade Libel.** Causing, authorizing, communicating, or intentionally or recklessly assisting others in communicating defamatory verbal and electronic statements regarding EarthLink's products, business goods and/or services.

G. **Other Unauthorized Access.** Accessing, trespassing upon, or using in any way the computer system, resources, or servers, of EarthLink.

H. **No EarthLink Accounts or Access.** Signing-up for, establishing, or otherwise maintaining any EarthLink account or e-mail address, or otherwise accessing or using in any way the computer system, resources, or servers of EarthLink, even if such access or use would otherwise be legal.

**SIGNATURES ON FOLLOWING PAGE**

FOR EARTHLINK, INC.:

______________________________
Larry Slovensky
Assistant General Counsel

______________________________
Date

FOR WELLBORN & WALLACE, LLC:

______________________________
Paul F. "Pete" Wellborn, III
Counsel for EarthLink, Inc.

______________________________
Date

*****

ANDY POPE:

______________________________
Andy Pope, *pro se*

______________________________
Date

**ORDER**

**IT IS SO ORDERED THIS 14 DAY OF March 2006.**

Judge J. Owen Forrester
United States District Court for the
Northern District of Georgia, Atlanta
Division

# EXHIBIT 1 to Consent Order of Permanent Injunction (EarthLink Commercial E-mail Policy)

■ HAVE A QUESTION?
*Get answers FAST!*
Not sure what service is right for you? Want to upgrade your service?
Click for live SALES CHAT
*Open 6am-12am EST Monday-Sunday*
Need help with your current service?
Click for live SUPPORT CHAT
*Open 24/7*

EarthLink POLICIES & AGREEMENTS

**EARTHLINK, INC. COMMERCIAL EMAIL POLICY**

**I. Scope of Policy**

EarthLink, Inc.'s ("EarthLink's") Commercial Email Policy is to be construed broadly to prohibit all forms of unsolicited and/or deceptive commercial email on the terms set forth below. As used herein, "email" refers broadly to all forms of Internet communication, including but not limited to emails, instant messages, and text messages. As used herein, "EarthLink email address" means any email address or username corresponding to or including a domain owned by EarthLink, Inc. (an "EarthLink Domain"). The EarthLink Domains are set forth below at Section VI. However, the list of EarthLink Domains set forth below does not purport to be a complete or exclusive list. The sending of an email to an EarthLink email address necessarily entails access to, use of, and transmission into the "EarthLink Network," as that term is defined and used below.

**II. EarthLink's Proprietary Network; Policy Covers Outgoing and Incoming spam**

EarthLink owns the computers, mail servers, and other equipment that make up its Internet network (the "EarthLink Network"). Because the EarthLink Network is the private property of EarthLink, EarthLink has the right to implement and enforce rules governing the use of the EarthLink Network. These rules apply to anyone who uses or accesses the EarthLink Network, including EarthLink Members who send and receive email using the Network and non-EarthLink Members who send email into the EarthLink Network (i.e., who send email to an EarthLink email address or username) or otherwise use or access the EarthLink Network. The prohibitions set forth in this Commercial Email Policy supplement the rules and prohibitions set forth in EarthLink's Acceptable Use Policy ("AUP"). Conduct that violates the AUP may give rise to civil and/or criminal claims by EarthLink even if that conduct is not specifically prohibited in this Commercial Email Policy.

**III. Prohibited Conduct**

EarthLink prohibits the transmission of any and all unsolicited commercial emails ("spam") into, out of, or through the EarthLink Network. This prohibition includes the sending of spam by any Internet user to an EarthLink email address. EarthLink also prohibits the transmission into, out of, or through the EarthLink Network of any commercial email in which the sender has employed fraudulent or deceptive measures to disguise or obscure the actual source or sender of the email, including but not limited to: (a) the use of forged, false, or modified headers; (b) the use of forged ("spoofed"), invalid, or nonexistent "from" addresses; and/or (c) the intentional use without authorization of a third-party's mail servers or computer equipment to send or relay the commercial email ("third party relay" or "server hijacking"). In addition, EarthLink prohibits the transmission into, out of, or through the EarthLink Network of any commercial email in which the sender has used deceptive, misleading, off-topic, or gibberish language, text, or characters in the subject line or the text of the email, a primary effect of which is to disguise the actual nature or subject of the email. Finally, in relation to any commercial email sent using Internet resources other than the EarthLink Network, EarthLink prohibits the use of or reference to any EarthLink email address or EarthLink Domain in a manner that does or might create the erroneous impression that the email was sent into, out of, or through the EarthLink Network, including but not limited to any reference in the "from" line to an EarthLink email address.

**IV. Effect of Violation**

Violation of this Commercial Email Policy by any person or business entity represents unauthorized access to, trespass upon, and/or use of the EarthLink Network and results in harm to EarthLink. Such violations give rise to civil causes of action in EarthLink's favor pursuant to a variety of federal and state laws, including but not limited to the Computer Fraud & Abuse Act (18 U.S.C. § 1030 et seq.), the Georgia Computer Systems Protection Act (O.C.G.A. § 16-9-90 et seq.), and common law trespass. Violations of this

■ MUNICIPAL NETWORKS
EarthLink is helping U.S. cities deliver ubiquitous broadband access to their citizens, businesses, and visitors. The many benefits include:
- Cost savings
- Economic development
- Public works & safety
- Bridging digital divide

■ PARTNERSHIPS & ADVERTISING
Whether you're an individual or a corporation, you can partner with the very best.
LEARN MORE

Commercial Email Policy may also result in criminal sanctions against the involved entities and individuals.

Violation of this Commercial Email Policy may also be actionable under the CAN-SPAM Act of 2003 (the "CAN-SPAM Act"). However, the commission of conduct that violates EarthLink's Commercial Email Policy may result in civil damages and criminal sanctions even if the conduct is not otherwise prohibited by the CAN-SPAM Act.

**V. Reservation of EarthLink's Rights**

EarthLink reserves the right in its sole discretion to take all legal steps and/or employ all technical measures that EarthLink may deem necessary in order to prevent and/or stop violations of the rules governing the use of the EarthLink Network, including the prohibitions set forth in this Commercial Email Policy and the other provisions of EarthLink's AUP. EarthLink's failure to enforce this policy in every instance in which it might have application or in any particular instance as against any particular violator shall not constitute a waiver of EarthLink's rights and remedies.

**VI.EarthLink Domains**

10yearsback.com
888mspring.com
888-mspring.com
888mspring.net
888-mspring.net
abts.net
abtsnet.net
ahoskienc.com
ahoskienc.net
albemarlenet.com
altamontespringshometowninternet.com
a-o.com
apex.net
bakersfieldhometowninternet.com
bakersfieldonline.net
bakersfieldshometowninternet.com
balista.com
basichost.com
berkscounty.net
best-way-home.com
biginflatablebag.com
blink.us
boone.net
boulder-city.net
boysandgirlsclubcc.org
brevard.net
brevard-homes.net
buildmerchantsite.com
burlingtonhometowninternet.com
burlingtonshometowninternet.com
cambria.net
capeandislands.net
capecod.net
capecod2000.com
capecod2000.org
capecodlive.com
capedesigngroup.com
capenet.net
carbondalehometowninternet.com
carbondaleshometowninternet.com
carson-city.net
catgroup.com
centralpa.net
cheta.net
cidco.com
clublightspeed.com
cmn.net
coastalnet.com
collectivesoul.com
colocation.com
communinet.org
comnetcom.net
coocoocachoo.net
coo-coo-ca-choo.net
creswellnc.com
csrlink.net
ctlnet.com
ctlnet.net
currituckco.com
cvn.net

cyberia.com
cyberia.net
cybermania.net
davesworld.net
dave-world.net
davidcreviston.com
deathjester.com
destinationos.com
destro.org
desupernet.com
desupernet.net
digital.net
digitalexp.com
digitalexp.net
dog-facts.net
doitnow.com
dslaccess.net
dstream.net
early.com
earthlink.biz
earthlink.com
earthlink.info
earthlink.net
earthlink.org
earthlink.us
earthlinkbiz.com
earthlinkbiz.net
earthlinkbizdsl.com
earthlinkbiz-dsl.com
earthlinkbizdsl.net
earthlinkbiz-dsl.net
earthlink-broadband.com
earthlink-broadband.net
earthlink-cable.com
earthlink-cable.net
earthlinkcontest.com
earthlink-dsl.com
earthlinkdsl.net
earthlink-dsl.net
earthlinkduranduran.com
earthlinker.com
earthlinkevents.com
earthlinkeverywhere.com
earthlinkeverywhere.net
earthlinkeverywhere.us
earthlinkgaming.biz
earthlinkgaming.com
earthlinkgaming.info
earthlinkgaming.net
earthlinkgaming.org
earthlinkgaming.us
earthlinkmall.net
earthlinkmall.org
earthlinkmarketingservices.com
earthlinkminute.com
earthlinknetwork.us
earthlinknow.com
earthlinknow.net
earthlinkrocks.com
earthlink-sales.com
earthlink-satellite.com
earthlink-satellite.net
earthlink-services.com
earthlink-services.net
earthlinksprint.com
earthlink-sprint.com
earthlinksprint.net
earthlink-sprint.net
earthlinksprint.org
earthlink-sprint.org
earthlinku.com
earthlinku.net
earthlinku.org
earthlinkultimategaming.biz
earthlinkultimategaming.com
earthlinkultimategaming.info
earthlinkultimategaming.net
earthlinkultimategaming.org
earthlinkultimategaming.us
earthlink-wireless.com
earthlink-wireless.net
easterlink.com

easterlink.net
easterlink.org
econet.org
edge.net
eimg.net
elizabethcitync.com
elizabethcitync.net
ephratahometowninternet.com
ephratashometowninternet.com
e-ratehelp.com
ezonline.com
ezonline.net
fgi.net
fortsmithhometowninternet.com
fortsmithshometowninternet.com
ftsmithhometowninternet.com
ftsmithshometowninternet.com
futureone.com
galileoschildren.com
galileoschildren.net
galileoschildren.org
gandiforpeace.com
gate.net
gatesco.com
geemac.net
get-linked.net
get-linked.org
gibralter.net
globalconnection.net
goearthlink.com
goearthlink.net
goldsboronc.net
golf2000.org
goodbrothersinternet.com
gowebway.com
grass-valley.net
greenvillenc.com
gretna.net
gsu.com
gulf.net
harrisburg.net
herka.com
hickory.net
highspeed101.com
hit.net
homenational.net
hometowninternet.net
hovpen.com
iag.net
ianet.net
ice.net
icx.net
ilove-theworld.com
inconnect.com
indianapolishometowninternet.com
indy.net
indyhometowninternet.com
indynet.com
indyshometowninternet.com
infionline.net
info2000.net
internetofamerica.com
interserv.com
intersrv.com
ioa.com
ioa.net
ionet.net
iopener.net
ipa.net
ispmodems.net
jamesvillenc.com
joinearthlink.biz
joinearthlink.com
joinearthlink.net
journalusa.com
jps.net
kih.net
kleanet.com
knoxvillehometowninternet.com
knoxvilleshometowninternet.com
labornet.org
lakeozarks.net

lanminds.com
latella.com
ldd.net
lddnet.com
lebanoncounty.net
lightspeed.net
linkusnow.net
losbanos.net
mailstation.com
marketprompt.com
marthasvineyardusa.com
mcn.net
mdn.com
merchanthost.com
merrittislandhometowninternet.com
merrittislandshometowninternet.com
metrolink.net
midwest.net
millcomm.com
mindspring.com
mindspring.info
mindspring.net
mindspring.org
mindspring.us
missourian.com
mobilespeed.com
mobilespeed.net
monkeywrangler.com
morrobay.net
movie.net
mpinet.net
mtneer.net
mtz.net
mvy2000.com
mycidco.com
myearthlinkeverywhere.com
myearthlinkeverywhere.net
mymailstation.com
nantucket2000.com
nantucketusa.com
nat-spen.com
neaccess.com
neaccess.net
nemonet.com
netcom.com
netcom.net
netcomi.com
netdaypa.org
omnisky.com
omnisky.info
omnisky.net
omnisky.org
oneimage.com
onemain.com
orwellwasright.com
orwellwasright.net
orwellwasright.org
overflowspinners.com
palmnet.net
paso-robles.net
pawildernet.com
peacenet.org
penn.com
penncom-pg.com
personalstartpage.biz
pipeline.com
pipeline.net
plymouthnc.com
portsmouthhometowninternet.com
portsmouthshometowninternet.com
powerbank.net
powerh.net
psionworld.net
quitaol.com
radiks.net
ramlink.net
rconnect.com
redrose.net
ria.net
rmi.com
rmi.net
rmii.com

rmii.net
rnet.com
rockhotel.com
rock-island.net
ropernc.com
sacramentohometowninternet.com
sacramentoshometowninternet.com
salamander.com
sanluisobispohometowninternet.com
sanluisobisposhometowninternet.com
santa-barbara.net
scamblocker.com
scsupernet.com
self-install.com
self-install.net
shelby.net
shianet.org
shopcapecod.net
skyburger.com
slohometowninternet.com
sloshometowninternet.com
slotown.net
smartgadgets.com
smartgizmos.com
southwind.net
spacecoasthometowninternet.com
spacecoastshometowninternet.com
spartanburg.net
speedquality.org
springfieldhometowninternet.com
springfieldshometowninternet.com
springmail.com
springmail.net
springmail.us
springnews.com
springnews.net
springto.com
springto.net
springto.org
sprynet.com
startersite.com
startersite.net
straxmobile.com
sunburyhometowninternet.com
sunburyshometowninternet.com
sunlink.net
supernet.com
surfree.com
surfsouth.com
surfsouth.net
susquehannavalley.com
susquehannavalley.net
susqvalley.net
teamemail.net
techno-file.com
techno-minute.com
telepath.com
teleport.com
teleport.net
thearena.com
thearena.us
theearthlinkmall.com
theearthlinkmall.net
theearthlinkmall.org
thegrid.net
thehostingstore.com
theinternetacademy.net
the-real-internet.com
the-real-internet.net
the-real-internet.org
thetalentedmrripley.net
theyarewatchingyou.net
theyarewatchingyou.org
tiac.net
tir.com
tir.net
together.net
totalaccess.us
total-commerce.com
total-commerce.net
total-commerce.org
totalwebsite.com

totalwebsite.net
travelin.com
travisloveschelsea.com
troubleshooting.net
tryearthlink.com
tryearthlink.net
tsixroads.com
twave.net
unicom.net
uplink.net
usit.com
usit.net
usmo.com
usmo.net
vamsinath.com
venomous.net
vol.com
volaris.com
voy.net
voyageronline.com
voyageronline.net
w1.com
w1.net
washingtonhometowninternet.com
washingtonshometowninternet.com
websitedandd.com
webzone.net
wichitahometowninternet.com
wichitashometowninternet.com
williamstonnc.com
willowtree.com
winfieldhometowninternet.com
winfieldshometowninternet.com
wirelessaccess.biz
wolfenet.com
womensnet.org
wondersite.com
wwwwagon.com
yesinternet.com
yorkchat.com
yorkcounty.net
yorkdirectory.com
yorkmovies.com
yourecompany.com
your-e-company.com
zebra.net
zoomnet.net